# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0934
_____

NATHALY RODRIGUEZ,

Appellant,

v.

MICHAEL DE JESUS BELLO and
STATE OF FLORIDA DEPARTMENT
OF REVENUE CHILD SUPPORT
PROGRAM,

Appellees.

_____


On appeal from Department of Revenue, Child Support Program.
Ann Coffin, Director.


August 13, 2025

PER CURIAM.

DISMISSED for lack of jurisdiction.

RAY, BILBREY, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Nathaly Rodriguez, pro se, Appellant.

James Uthmeier, Attorney General, Toni C. Bernstein, Assistant Attorney General, Tallahassee, for Appellees.